FILED

1  MICHAEL A. PAINTER, Bar #43600
   ISAACMAN, KAUFMAN & PAINTER
2  10250 Constellation Boulevard, Suite 2900
   Los Angeles, California 90067
3  (310) 881-6800 - Telephone
   (310) 881-6801 - Facsimile
4  painter@ikplaw.com

JUN 25 PM 3:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

5
6  Attorneys for Plaintiff,
   SUN-MATE CORPORATION
7
8
9
10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
12
13 SUN-MATE CORPORATION, a          CASE NO. CV.10 4735-GW
   California corporation                    (JCGx)
14
                                    COMPLAINT FOR PATENT
15        Plaintiff,                INFRINGEMENT

                                    **JURY TRIAL DEMANDED**
16     vs.
17
   KOOLATRON CORP., a Canadian
18 corporation; TARGET
   CORPORATION, a Minnesota
19 corporation; and DOES I - X,
20 Inclusive,
21
          Defendants.
22
23
24
25      Comes now the plaintiff, SUN-MATE CORPORATION, and for causes of
26 action against defendants, and each of them,, complains and alleges as follows:
27
28

MAP-SUN-2769

## JURISDICTION

1. This action arises under the patent laws of the United States, Title 35, United States Code. This Court has jurisdiction over this claim under Title 35, United States Code and 28 U.S.C. §1338(a).

## PARTIES

2. Plaintiff, SUN-MATE CORPORATION, is a corporation organized and doing business under the laws of the State of California having its principal place of business in Chatsworth, California (hereinafter referred to as "Sun-Mate").

3. Sun-Mate is informed believes and, based upon such information and belief, alleges that TARGET CORPORATION is a Minnesota corporation, having its principal place of business in Minneapolis, Minnesota and does business throughout the United States in general and in the Central District of California in particular (hereinafter referred to as "Target").

4. Sun-Mate is informed and believes and, based upon such information and belief, alleges that defendant, KOOLATRON CORP., is a Canadian corporation having its principal place of business in Brantford, Ontario, Canada and does business throughout the United States in general and in the Central District of California in particular (hereinafter referred to as "Koolatron").

5. The true names or capacities, whether individual, corporate, associate, representative, or otherwise, of the defendants named herein as DOES I - X, inclusive, are unknown to plaintiff who therefore, pursuant to Local Rule 19-1 of this Court, sues said defendants by such fictitious names and plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained.

## CLAIM FOR INFRINGEMENT OF
## U.S. DESIGN PATENT NO. D-465,133

6. Sun-Mate repeats and incorporates Paragraphs 1 - 5, inclusive, of this Complaint as though set forth in full herein again.

7. On November 5, 2002, United States Letters Design Patent No. D-465,133 were duly and legally issued to Sun-Mate for a design in the portable cooler, and since that date, Sun-Mate has been and still is the owner of those Design Letters Patent, a copy thereof being attached hereto as Exhibit 1 (hereinafter referred to as the "'133 patent").

8. Defendant, Koolatron, is directly infringing, contributarily infringing and/or actively inducing infringement by others of the '133 patent by manufacturing, using, selling and/or offering to sell, and/or actively inducting others to make, use, sell and/or offer to sell, in this district and elsewhere portable coolers covered by the '133 patent, a photograph of one form of a Koolatron product identified as its Model KWC-4" being attached hereto as Exhibit 2.

9. Defendant, Target, has been and is infringing the '133 patent by using, selling and/or offering to sell in this district and elsewhere a portable cooler covered by the '133 patent, a photograph of the product identified as its "Coca-Cola Personal Fridge-KWC-4" being attached hereto as Exhibit 3.

10. Sun-Mate has placed the required statutory notice on all portable coolers manufactured and sold by it under the '133 patent and has given written notice to each of the defendants of its infringement.

11. The infringement of the '133 patent by Target and Koolatron, and each of them, has caused and will cause Sun-Mate irreparable harm for which there is no adequate remedy at law.

12. That Sun-Mate is informed and believes and, based upon such information and belief, alleges that defendants have earned profits for their infringing activities; that Sun-Mate has suffered damages as a result of the defendants' acts, the amount of the profits earned by the defendants and the extent of the damages to Sun-Mate by reason of the infringement of the '133 patent by defendants is presently unknown to Sun-Mate; that plaintiff shall request leave to amend its Complaint when the precise amount of damages is known.

**WHEREFORE**, Sun-Mate prays for judgment against defendant as follows:

A. That defendants, Target and Koolatron, and each of them, their agents, servants, employees, assigns, attorneys, representatives, successors in business, confederates and those persons in active concert or participation with them be enjoined during the pendency of this action and permanently from making, using or selling any goods which infringe United States Letters Patent No. D-465,133, including, but not limited to, the portable cooler identified as the "Coca-Cola Personal Fridge KWC-4;"

B. Award damages requiring defendants, Target and Koolatron, and each of them, to account to and pay to Sun-Mate all damages caused by reason of defendants' infringement of United States Letters Patent No. D-465,133, including either defendant's total profits pursuant to 35 U.S.C. §289, or other compensation pursuant to 35 U.S.C. §284, including enhanced damages under 35 U.S.C. §284;

C. Enter judgment pursuant to 35 U.S.C. §285 making this case exceptional and awarding plaintiff its attorneys' fees, costs and expenses.

D. Award such other and further relief as the Court may deem just and proper.

**PLAINTIFF DEMAND A JURY TRIAL OF THIS MATTER.**

Respectfully submitted,

ISAACMAN, KAUFMAN & PAINTER

By: _____
Michael A. Painter
Attorneys for Plaintiff

Dated: June 25, 2010

# EXHIBIT 1

US00D465133S

## (12) United States Design Patent
### Ben-Moshe

(10) Patent No.: **US D465,133 S**
(45) Date of Patent: ** **Nov. 5, 2002**

| | | |
|---|---|---|
| (54) | **PORTABLE COOLER** | |
| (75) | Inventor: | **Rami Ben-Moshe**, Canoga Park, CA (US) |
| (73) | Assignee: | **Sun-Mate Corporation**, Canoga Park, CA (US) |
| (**) | Term: | **14 Years** |
| (21) | Appl. No.: | **29/143,140** |
| (22) | Filed: | **Jun. 13, 2001** |
| (51) | LOC (7) Cl. ................................................ **07-01** |
| (52) | U.S. Cl. .................................................... **D7/605** |
| (58) | Field of Search ................... D7/605–607; D15/81; 62/457.1, 457.7, 457.9, 371, 372, 3.62, 426, 455; 220/915.1, 915.2, 592.2, 592.24, 592.25 |

(56) **References Cited**
U.S. PATENT DOCUMENTS

3,069,869 A * 12/1962 Mueller ....................... 62/371
4,346,562 A * 8/1982 Beitner ........................ 62/3.62
4,379,391 A * 4/1983 Rhee ........................... 62/408
5,319,937 A * 6/1994 Costello ....................... 62/3.62

* cited by examiner

*Primary Examiner*—Terry A. Wallace
(74) *Attorney, Agent, or Firm*—Michael A. Painter

(57) **CLAIM**

The ornamental design for a portable cooler, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a portable cooler illustrating my new design;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a right side elevation view thereof;
FIG. **4** is a left side elevation view thereof;
FIG. **5** is a rear elevation view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 3 Drawing Sheets**





**Fig. 1**



Fig. 2

Fig. 3

Fig. 4



**Fig. 5**



**Fig. 6**



**Fig. 7**

# EXHIBIT 2



# EXHIBIT 3

Target.com
Home Page

# Coca-Cola Personal Fridge with AC Adapter - KWC4



4 stars      (9 reviews)

## $39.99

Prices, promotions, styles and availability may vary by store and online.

**In Stock**

This item is available online, but is not available in stores.

## Guests who viewed this item ultimately bought:



**87%** bought the item featured on this page:
Coca-Cola Personal Fridge with AC Adapter - KWC4
4 stars       (9)
**$39.99**

**10%** bought:
Unisar Portable miniFRIDGE
2.5 stars    (24)
**$49.99**



**2%** bought:
Coca-Cola Can Fridge - CC10G
1 stars       (1)
**$89.99**

## Description

The Coca-Cola Personal Fridge looks like a small refrigerator and is perfect for the

Name & Address: Michael A. Painter, #43600
Isaacman, Kaufman & Painter
10250 Constellation Boulevard, Suite 2900
Los Angeles, CA 90067
(310) 881-6800
painter@ikplaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN-MATE CORPORATION, a California corporation,<br><br>PLAINTIFF(S)<br>v.<br><br>KOOLATRON CORP., a Canadian corporation; TARGET CORPORATION, a Minnesota corporation; DOES I - X, Inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10 4735 GW(JCGx)<br><br>SUMMONS |

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Michael A. Painter, Esq._, whose address is _10250 Constellation Blvd., Suite 2900, Los Angeles, CA 90067_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __2 5 JUN 2010__          Clerk, U.S. District Court

By: _____
   Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                          SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SUN-MATE CORPORATION, a California corporation,

**DEFENDANTS**
KOOLATRON, CORP., a Canadian corporation; TARGET CORPORATION, a Minnesota corporation; DOES 1 - X, Inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Michael A. Painter, #43600, Isaacman, Kaufman & Painter
10250 Constellation Boulevard, Suite 2900
Los Angeles, CA 90067 (310) 881-6800

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No
☐ **MONEY DEMANDED IN COMPLAINT:** $ Injunction; Damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 U.S.C.; 28 U.S.C. 1338(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☑ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                               CIVIL COVER SHEET                               Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Canada |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 06/25/2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV10- 4735 GW (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY