MICHAEL A. PAINTER, Bar #43600
ISAACMAN, KAUFMAN & PAINTER
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
(310) 881-6800 - Telephone
(310) 881-6801 - Facsimile
painter@ikplaw.com

Attorneys for Plaintiff,
SUN-MATE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN-MATE CORPORATION, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>KOOLATRON CORP., a Canadian corporation; TARGET CORPORATION, a Minnesota corporation; THE COCA-COLA CORPORATION, a Delaware corporation, and DOES I - X, Inclusive,<br><br>Defendants. | CASE NO. CV10-4735-JST(JCGx)<br><br>PROTECTIVE ORDER |

FOR GOOD CAUSE SHOWN, the foregoing Protective Order, requested by stipulation of the parties, is hereby entered.

Dated: December 7, 2010

_____
Hon. Jay C. Gandhi
United States Magistrate Judge

MAP-SUN-2797