MICHAEL A. PAINTER, Bar #43600
ISAACMAN, KAUFMAN & PAINTER
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
(310) 881-6800 - Telephone
(310) 881-6801 - Facsimile
painter@ikplaw.com

Attorneys for Plaintiff,
SUN-MATE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN-MATE CORPORATION, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>KOOLATRON CORP., a Canadian corporation; TARGET CORPORATION, a Minnesota corporation; THE COCA-COLA COMPANY, a Delaware corporation, and DOES I - X, Inclusive,<br><br>Defendants. | CASE NO. CV10-4735-JST(JCGx)<br><br>ORDER OF DISMISSAL |

The parties have stipulated and agreed to dismiss the action, with prejudice, with this Court retaining jurisdiction over the subject matter of this case for the purposes of enforcing the terms and obligations imposed by the parties' Settlement Agreement pursuant to Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 114 S.Ct. 1673 (1994). Accordingly,

MAP-SUN-2858

1  IT IS THEREBY ORDERED THAT:

2  1.  Plaintiff's action against defendants, and defendants' action against plaintiff, is hereby dismissed with prejudice;

4  2.  Each party shall bear its own costs and attorneys' fees; and

5  3.  This Court retains jurisdiction over this matter for the express purpose of enforcing the terms of and the obligations imposed by the Agreement settling this case and all agreements referenced therein, including without limitation any action or motion for breach of such agreements.

Dated: <u>September 19, 2011</u>

**JOSEPHINE STATON TUCKER**
UNITED STATES DISTRICT JUDGE